(April 20, 1921.)

## S. P. NEWMAN, Respondent, v. CHEESMAN AUTOMOBILE CO., a Corporation, Appellant.

[197 Pac. 827.]

Walters & Hodgin and Boyd, Devine & Eccles, for Appellant.

Paul S. Haddock, for Respondent.

Counsel file no briefs.

DUNN, J.—This is an action between the same parties involving the same questions as the preceding case, and by authority of that case the judgment of the trial court is affirmed (*ante,* p. 685, 197 Pac. 826). Costs to respondent.

Rice, C. J., and Budge, McCarthy and Lee, JJ., concur.